Everett Holum
633 N. Mildred St., Suite #G
Tacoma, WA 98406
(253) 471-2141





The Honorable Paul B. Snyder
Hearing Date: July 8, 2010
Time: 1:00 p.m.
Chapter # 13

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re:<br><br>ROBERT CALVERT,<br><br>Debtors. | IN CHAPTER 13<br><br>NO. 08-45826-PBS<br><br>ORDER GRANTING RELIEF FROM AUTOMATIC STAY |
|---|---|

This matter having come on for hearing on July 8, 2010, at 1:00 p.m.. before the Honorable Paul B. Snyder, the debtor, ROBERT CALVERT, [ ] not appearing [ ] appearing through counsel Kenneth E. Rossback, upon the motion of Everett A. Holum, for relief from automatic stay, it appearing to the court that no valid response has been made to the Motion for Relief from Automatic Stay, and based upon the files and records herein and the court being fully advised of the premises, it is hereby

ORDERED, ADJUDGED, AND DECREED that the creditor's, motion for relief from automatic stay is hereby granted and the automatic stay is terminated and shall not apply to unlawful detainer proceedings and other procedures necessary to obtain possession of and title to the property located at: 9212 204th St. E., Graham, WA 98338, nor to whatever action is

RELFSTAY.ORD - 1
09.12.483

**EVERETT HOLUM, P.S.**
Attorney at Law
633 N. Mildred St., Suite #G
Tacoma, WA 98406
Office: (253) 471-2141 Fax: (253) 471-1646
E-Mail: INFO@holumlaw.com

necessary to obtain possession of said property. The ten-day court delay is hereby waived. It is further;

ORDERED, ADJUDGED, and DECREED, effective immediately notwithstanding the provisions of F.R.B.P. 400(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of the Court.

DATED: July 8, 2010

_____
Judge Paul B. Snyder

Presented by:
EVERETT HOLUM, P.S.

By: _____
Everett Holum, WSBA #700
Attorney for Creditor

RELFSTAY.ORD - 2
09.12.483

**EVERETT HOLUM, P.S.**
Attorney at Law
633 N. Mildred St., Suite #G
Tacoma, WA 98406
Office: (253) 471-2141  Fax: (253) 471-1646
E-Mail: INFO@holumlaw.com

Case 08-45826-PBS    Doc 40    Filed 07/08/10    Entered 07/08/10 15:04:48    Page 2 of 2